# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>ALLEN L. TERRY (DOB: XX/XX/1986)<br><br>*Defendant(s)* | )<br>)<br>) Case No. 24-m-667<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
Between the date(s) of  January 19, 2024 to April 2, 2024  in the counties of Manitowoc, Sheboygan, and Outagamie  in the
  Eastern  District of  Wisconsin , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and 841(b)(1)(C) | Ct. 1 - Distribution of fentanyl on January 19, 2024 |
| 21 USC 841(a)(1) and 841(b)(1)(B) | Ct. 2 - Distribution of 40 grams or more of fentanyl on February 13, 2024 |
| 21 USC 841(a)(1) and 841(b)(1)(C) | Ct. 3 - Distribution of fentanyl on March 20, 2024 |
| 21 USC 841(a)(1) and 841(b)(1)(B) | Ct. 4 - Possession with intent to distribute 40 grams or more of fentanyl on April 2, 2024 |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

JAMES ALLEN
Digitally signed by JAMES ALLEN
Date: 2024.08.22 15:48:16 -05'00'

*Complainant's signature*

Special Agent James Allen, DEA
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1
Date: 8/22/2024

*Judge's signature*

City and state:  Green Bay, Wisconsin       Honorable James R. Sickel
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

Special Agent James Allen, being first duly sworn, states that:

## Background

1. I am currently employed as a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since October of 2019. As part of my current duties as a DEA agent, I investigate violations of Title 21 of the United States Code including federal controlled substances laws. I have received training and have experience investigating cases involving narcotics, including fentanyl.

## Basis for Information in Affidavit

2. The information contained in this affidavit is based upon my personal knowledge and investigation, and information supplied to me by other law enforcement officers, all of whom I believe to be truthful and reliable. Based on my investigation and the information supplied to me by other law enforcement personnel, I have probable cause to believe the following regarding **ALLEN L. TERRY (DOB: XX/XX/1986).**

## Facts Establishing Probable Cause

3. Allen L. TERRY was identified as a fentanyl pill distributor in early 2024. Over the course of several months, a confidential informant ("CI") conducted controlled purchases (also referred to as "controlled buys") of fentanyl pills directly from TERRY. These controlled buys are more particularly described as follows:

   a. On or about January 19, 2024, in Manitowoc County, Wisconsin, TERRY distributed approximately 200 fentanyl pills (21.552 grams) to the CI in exchange for $2,100.

   b. On or about February 13, 2024, in Sheboygan County, Wisconsin, TERRY distributed approximately 400 fentanyl pills (42.1 grams) to the CI in exchange

1

for $4,000.

    c. On or about March 20, 2024, in Outagamie County, Wisconsin, TERRY distributed approximately 100 fentanyl pills (10.828 grams) to the CI in exchange for $900.

4. During each controlled buy, agents conducted surveillance and personally observed TERRY meeting with the CI. All three controlled buys occurred in the Eastern District of Wisconsin.

5. On or about April 2, 2024, agents attempted to arrest TERRY in a parking lot in Sheboygan County, Wisconsin, which is located in the Eastern District of Wisconsin. TERRY attempted to run away from agents but was subsequently arrested. On TERRY's person, agents located approximately 980 fentanyl pills (107.054 grams).

6. The suspected fentanyl seized during the controlled buys and arrest tested positive for the presence of fentanyl.

## CONCLUSION

7. Based upon the foregoing information, I know there is probable cause to believe the following regarding **ALLEN L. TERRY**:

    a. On or about January 19, 2024, February 13, 2024, and March 20, 2024, in the Eastern District of Wisconsin, TERRY knowingly distributed a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C); and

    b. On or about April 2, 2024, in the Eastern District of Wisconsin, TERRY knowingly possessed with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

8. Because this affidavit is offered for the limited purpose of supporting the criminal complaint and arrest warrant for **ALLEN L. TERRY**, I have not set forth every fact known to me regarding this incident. Rather, I have included only those facts which I believe establish probable cause.

JAMES ALLEN
Digitally signed by JAMES ALLEN
Date: 2024.08.22 15:42:23 -05'00'

Affiant James Allen
DEA Special Agent

Sworn and attested to me by reliable electronic means pursuant to the requirement of Fed. R. Crim.P. 4.1 (Telephone) on this 22nd day of August, 2024.

**HONORABLE JAMES R. SICKEL**
United States Magistrate Judge